[No. 63544-1-I. Division One. July 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. EDGAR DARIO AMAYA ROCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12859-4, Jay V. White, J., entered May 20, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Schindler, JJ.

[No. 63736-3-I. Division One. July 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KURT NORMAN SCHAUER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-02347-4, Helen Halpert, J., entered June 29, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ellington and Schindler, JJ.

[No. 63839-4-I. Division One. July 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN GOTCHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-13106-4, Theresa B. Doyle, J., entered July 15, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Cox, J.

[No. 63927-7-I. Division One. July 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH DUANE BERRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-11501-0, Cheryl B. Carey, J., entered August 3, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Schindler, JJ.